Michael A. Simmrin (238092)
Simmrin Law Group
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505
Tel.: (818) 827-7171
michael@simmrinlawgroup.com
Debi F. Chalik, Esq. (Pending Admittance Pro Hac Vice) (Florida Bar No. 179566)
CHALIK & CHALIK, P.A.
10063 N.W. 1st Court
Plantation, Florida 33324
Tel.: (954) 476-1000
Fax: (954) 472-1173
Debi@Chaliklaw.com
Litigation@Chaliklaw.com
**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LANCY,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>    Defendant. | Case No. 2:21-CV-01030-RGK-SK<br><br>**PLAINTIFF GREGORY LANCY'S JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**FRCP41(a)(1)(A)(ii)**<br><br>Judge: Hon. R. Gary Klausner<br>Magistrate: Hon. Steve Kim |

   IT IS HEREBY STIPULATED AND AGREED, by and between all parties to this litigation, that all claims and causes of action asserted in this matter by Plaintiff Gregory Lancy shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his or its own costs and fees.

Pursuant to Rule 41(a)(1)(A)(ii), this dismissal of the claims asserted by and on behalf of Plaintiff Gregory Lancy is with prejudice and shall be effective without a Court Order.

Debi F. Chalik
CHALIK AND CHALIK, P.A.
Attorneys for Plaintiff
10063 N.W. 1st Court
Plantation, Florida 33324
Tel.:  (954) 476-1000

By /s/ Debi F. Chalik
    DEBI F. CHALIK
    Florida Bar No. 179566

Michael A. Simmrin
Simmrin Law Group
3500 W. Olive Avenue
Suite 300
Burbank, CA 91505
Tel.: (954) 476-1000

By: */s/ Michael Simmrin*
    MICHAEL A. SIMMRIN
    California Bar No.238092

Dated: July 22, 2021    Maltzman & Partners

By: */s/ Jeffery B. Maltzman*
    Jeffrey B. Maltzman
    Rafaela Castells
    Ed Nield
    Gabrielle Nield

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Jonathan Hughes*
    Jonathan W. Hughes

Jonathan W. Hughes (SBN: 186829)
jonathan.hughes@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
*Attorneys for Defendant, Princess Cruise Lines LTD.*